**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. |
| JOHN DOE, UNKNOWN ADMINISTRATOR OF THE ESTATE OF M.R., | ) ) ) ) ) |
| and | ) ) |
| T.M., | ) ) ) |
| Defendants. | ) |

## **MOTION FOR LEAVE TO FILE SUMMONS UNDER SEAL**

COMES NOW Plaintiff, Amica Mutual Insurance Company, by and through undersigned counsel, and for its Motion for Leave to File Summons Under Seal, states as follows:

1. On August 31, 2016, Plaintiff filed its Complaint for Declaratory Judgment in this matter.

2. Due to the sensitive and personal nature of the claims at issue in this case, Plaintiff has refrained from using the full names of the parties in its filings.  However, such identifying information is necessarily present on the Summons.

3. Therefore, in order to keep the identity of the parties protected and confidential, Plaintiff is seeking an Order of the Court granting it leave to file the Summons under seal.

4. This request is made in good faith and will not prejudice any party, and will actually benefit the parties to this action.

WHEREFORE, Plaintiff Amica Mutual Insurance Company respectfully requests that this Court enter an Order granting Plaintiff leave to file the Summons under seal and for such other and further relief the Court deems just and proper under the circumstances.

        Respectfully submitted,

/s/ Robert W. Cockerham
Robert W. Cockerham #31984
COCKERHAM & ASSOCIATES, L.L.C.
10803 Olive Blvd.
St. Louis, MO 63141
314-621-3900
Fax:  314-621-3903
rcockerham@cockerhamlaw.com

Attorneys for Plaintiff Amica Mutual Insurance Company